1454

## RECONSIDERATION DOCKET

**98–520. State v. Bays.**
Greene App. No. 95CA118. Reported at 87 Ohio St.3d 15, 716 N.E.2d 1126. On motion for reconsideration. Motion denied.

**98–2276. State v. Bruni.**
Stark App. No. 98CA00105. Reported at 86 Ohio St.3d 1220, 716 N.E.2d 716. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents, would grant the motion and reverse, and would remand the cause to the court of appeals to apply *State v. Calhoun* (1999), 86 Ohio St.3d 279, 714 N.E.2d 905.

**99–507. In re Application of Kapel.**
Reported at 87 Ohio St.3d 122, 717 N.E.2d 704. On motion for reconsideration. Motion denied.

F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–1278. State v. Ridenbaugh.**
Licking App. Nos. 97CA149, 97CA150, 97CA153 and 97CA154. Reported at 87 Ohio St.3d 1405, 716 N.E.2d 1167. On motion for reconsideration. Motion denied.

MOYER, C.J., would grant.

COOK, J., would allow on Propositions of Law Nos. II and V and would hold the cause on Propositions of Law Nos. III and V for the decision in 99–765, *State v. Suffecool*, Stark App. No. 1998CA00101.

LUNDBERG STRATTON, J., would allow on Propositions of Law Nos. IV and V.

**99–1285. State v. Hoffer.**
Montgomery App. No. 17241. Reported at 87 Ohio St.3d 1405, 716 N.E.2d 1168. On motion for reconsideration. Motion denied.

**99–1382. State v. Macht.**
Hamilton App. No. C–980676. Reported at 87 Ohio St.3d 1418, 717 N.E.2d 1105. On motion for reconsideration. Motion denied.